

 **UNUM.**

**GROUP INSURANCE POLICY**

**POLICYHOLDER:**    Commonwealth of Massachusetts Group Insurance Commission

**POLICY NUMBER:**   556945 001

**POLICY EFFECTIVE DATE:**    July 1, 2001

**POLICY ANNIVERSARY DATE:** July 1

**GOVERNING JURISDICTION:**    Massachusetts

Unum Life Insurance Company of America (referred to as Unum) will provide benefits under this policy. Unum makes this promise subject to all of this policy's provisions.

The policyholder should read this policy carefully and contact Unum promptly with any questions. This policy is delivered in and is governed by the laws of the governing jurisdiction. This policy consists of:

- all policy provisions and any amendments and/or attachments issued;
- employees' signed applications; and
- the certificate of coverage.

This Policy is issued for a period of five years commencing on the Policy Effective Date. At the end of the term of five years this Policy shall expire, unless a new Policy is issued by Unum upon such terms as the Policyholder and Unum may then agree.

This policy may be changed in whole or in part. Only an officer or a registrar of Unum can approve a change. The approval must be in writing and endorsed on or attached to this policy. No other person, including an agent, may change this policy or waive any part of it.

### IMPORTANT INFORMATION

The insurance evidenced by this policy provides life insurance, with an accelerated benefit option. (An accelerated payment of an insured's death benefit.) This product is NOT a long-care policy. Accelerated benefits paid under this policy may be taxable and assistance should be sought from a personal tax advisor.

Signed for Unum at Portland, Maine on the Policy Effective Date.

President                              Secretary

Unum Life Insurance Company of America

2211 Congress Street
Portland, Maine 04122

Copyright 1993, Unum Life Insurance Company of America

C.FP-2  (7/1/2001)

# TABLE OF CONTENTS

BENEFITS AT A GLANCE.................................................................................B@G-LIFE-1

LIFE INSURANCE PLAN...............................................................................B@G-LIFE-1

CLAIM INFORMATION...................................................................................LIFE-CLM-1

LIFE INSURANCE.........................................................................................LIFE-CLM-1

POLICYHOLDER .......................................................................................POLICYHOLDER-1

GENERAL PROVISIONS ...............................................................................EMPLOYEE-1

LIFE INSURANCE.........................................................................................LIFE-BEN-1

BENEFIT INFORMATION..............................................................................LIFE-BEN-1

OTHER BENEFIT FEATURES ........................................................................LIFE-OTR-1

GLOSSARY ...............................................................................................GLOSSARY-1

# BENEFITS AT A GLANCE

## LIFE INSURANCE PLAN

This life insurance plan provides financial protection for your beneficiary(ies) by paying a benefit in the event of your death. The amount your beneficiary(ies) receive(s) is based on the amount of coverage in effect just prior to the date of your death according to the terms and provisions of the plan and the benefit options that you choose.

**POLICYHOLDER'S PLAN
EFFECTIVE DATE
WITH UNUM:**          July 1, 2001

**PLAN YEAR:**

July 1, 2001 to July 1, 2002 and each following July 1 to July 1

**POLICY NUMBER:**     556945  001

**ELIGIBLE GROUP(S):**

Group 1
All eligible state **employees** as defined by the Policyholder

Group 2
All eligible **retirees** as defined by the Policyholder

Group 3
All eligible **deferred retirees** as defined by the Policyholder

Group 4
All eligible **retired municipal teachers** (RMTs) of certain participating political subdivisions of the Commonwealth as defined by the Policyholder

For retirees/deferred retirees, certain terms and conditions in this life insurance plan are affected as follows:
- references to "employee" will read "retiree" as it applies
- references to "active employment" will not apply
- references to "minimum hours" will not apply

**MINIMUM HOURS REQUIREMENT:**

Employees must be working at least 50% of the standard work week as defined by the Policyholder and in no event less than 18 ¾ hours.

**WAITING PERIOD:**

**All Active Employees**
For employees hired in an eligible group on or before July 1, 2001: First day of the month following the earlier of 60 days or two calendar months of continuous active employment

For employees entering an eligible group after July 1, 2001: First day of the month following the earlier of 60 days or two calendar months of continuous active employment

**All Elected Officials**
For employees in an eligible group on or before July 1, 2001: The date of the commencement of his/her term

B@G-LIFE-1  (7/1/2001)

For employees entering an eligible group after July 1, 2001: The date of the commencement of his/her term

## WHO PAYS FOR THE COVERAGE:

*Basic Benefits:*

You and your Employer share the cost of your coverage.

Employees on a leave of absence without pay and Deferred Retirees pay the cost of their coverage

*Optional Benefits:*

You pay the cost of your coverage.

## LIFE INSURANCE BENEFIT:

### AMOUNT OF LIFE INSURANCE FOR YOU

#### BASIC BENEFITS:

**All eligible state employees and all eligible retired state employees**

$5,000

**All eligible retired municipal teachers (RMTs) of certain participating political subdivisions of the Commonwealth**

The amount of life insurance on any retiree in accordance with Massachusetts General Laws is $1,000 except that if the governmental unit has provided that a retiree shall be insured for a greater amount of Life Insurance in accordance with Section 9F of the Massachusetts General Laws, Chapter 32B, as amended, and if the retirees Group Insurance is effective in accordance with the Rules and Regulations of the Policyholder, such retiree shall be insured for such greater amount of life insurance as determined by the governmental unit, in lieu of one thousand dollars of group life insurance as provided in section 9.

#### OPTIONAL BENEFITS:

**All eligible state employees and all eligible retired state employees**

*Option A*

1 x annual earnings rounded to the next lower multiple of $1,000, if not already an exact multiple thereof, minus $1,000

*Option B*

2 x annual earnings rounded to the next lower multiple of $1,000, if not already an exact multiple thereof, minus $1,000

*Option C*

3 x annual earnings rounded to the next lower multiple of $1,000, if not already an exact multiple thereof, minus $1,000

*Option D*

4 x annual earnings rounded to the next lower multiple of $1,000, if not already an exact multiple thereof, minus $1,000

*Option E*

5 x annual earnings rounded to the next lower multiple of $1,000, if not already an exact multiple thereof, minus $1,000

*Option F*

6 x annual earnings rounded to the next lower multiple of $1,000, if not already an exact multiple thereof, minus $1,000

*Option G*

7 x annual earnings rounded to the next lower multiple of $1,000, if not already an exact multiple thereof, minus $1,000

*Option H*

8 x annual earnings rounded to the next lower multiple of $1,000, if not already an exact multiple thereof, minus $1,000

*Option I*

For those electing less than annual salary, amounts in $1,000 benefit units to a maximum of 1 x annual earnings rounded to the next lower multiple of $1,000, if not already an exact multiple thereof, minus $1,000.

EVIDENCE OF INSURABILITY IS REQUIRED FOR THE AMOUNT OF YOUR OPTIONAL INSURANCE BENEFITS OVER:

4 x annual earnings

**OPTIONAL BENEFITS:**

MAXIMUM BENEFIT:

$1,200,000

**SOME LOSSES MAY NOT BE COVERED UNDER THIS PLAN.**

**OTHER FEATURES:**

Accelerated Benefit

Conversion

Portability

The above items are only highlights of this plan. For a full description of your coverage, continue reading your certificate of coverage section.

# CLAIM INFORMATION

## LIFE INSURANCE

### WHEN DO YOU OR YOUR AUTHORIZED REPRESENTATIVE NOTIFY UNUM OF A CLAIM?

We encourage you or your authorized representative to notify the Policyholder as soon as possible, so that a claim decision can be made in a timely manner.

If a claim is based on your disability and you are less than age 60, written notice and proof of claim must be sent no later than 2 years after the date your disability began.

If a claim is based on death, written notice and proof of claim must be sent.

This time limit will not apply during any period you or your authorized representative lacks the legal capacity to give us proof of claim.

The claim form is available from the Policyholder, or you or your authorized representative can request a claim form from us. If you or your authorized representative does not receive the form from Unum within 15 days of the request, send Unum written proof of claim without waiting for the form.

If you have a disability, you must notify us immediately when you return to work in any capacity, regardless of whether you are working for your Employer.

### HOW DO YOU FILE A CLAIM FOR A DISABILITY?

You or your authorized representative, and the Policyholder must fill out your own sections of the claim form and then give it to your attending physician. Your physician should fill out his or her section of the form and send it directly to the Policyholder.

### WHAT INFORMATION IS NEEDED AS PROOF OF YOUR CLAIM?

If your claim is based on your disability, your proof of claim, provided at your expense, must show:

- that you are under the **regular care** of a **physician**;
- the date your disability began;
- the cause of your disability;
- the extent of your disability, including restrictions and limitations preventing you from performing your regular occupation or any gainful occupation; and
- the name and address of any **hospital or institution** where you received treatment, including all attending physicians.

We may request that you send proof of continuing disability indicating that you are under the regular care of a physician. This proof, provided at your expense, must be received within 30 days of a request by us or the claim will be closed.

If claim is based on death, proof of claim, provided at your or your authorized representative's expense, must show the cause of death. Also a certified copy of the death certificate must be provided.

LIFE-CLM-1   (7/1/2001)

In some cases, you will be required to give Unum authorization to obtain additional medical and non-medical information as part of your proof of claim or proof of continuing disability. Unum will deny your claim if the appropriate information is not submitted.

## WHEN CAN UNUM REQUEST AN AUTOPSY?

In case of death, Unum will have the right and opportunity to request an autopsy where not prohibited by law with due consideration given to the religious practices of the insured and the beneficiary.

## HOW DO YOU DESIGNATE OR CHANGE A BENEFICIARY? (Beneficiary Designation)

At the time you become insured, you should name a beneficiary on your beneficiary form for your death benefits under your life insurance. You may change your beneficiary at any time by filing a form with the Policyholder. The new beneficiary designation will be effective as of the date it is received by the Policyholder. However, if we have taken any action or made any payment before the Policyholder receives that form, that change will not go into effect.

It is important that you name a beneficiary and keep your designation current. If more than one beneficiary is named and you do not designate their order or share of payments, the beneficiaries will share equally. The share of a beneficiary who dies before you, or the share of a beneficiary who is disqualified, will pass to any surviving beneficiaries in the order you designated.

If you do not name a beneficiary, or if all named beneficiaries do not survive you, or if your named beneficiary is disqualified, your death benefit will be paid to the first surviving family members of the family members in the order listed below:

- spouse;
- child or children;
- mother or father;
- sisters or brothers; or
- estate; or
- if none, to the person or persons determined to be entitled thereto under the laws of the Commonwealth.

## HOW WILL UNUM MAKE PAYMENTS?

If your life claim is at least $10,000, Unum will make available to you or your beneficiary a **retained asset account** (the Unum Security Account).

Payment for the life claim may be accessed by writing a draft in a single sum or drafts in smaller sums. The funds for the draft or drafts are fully guaranteed by Unum.

If the life claim is less than $10,000, Unum will pay it in one lump sum to you or your beneficiary.

UNUM will pay interest from the date of loss to the date of payment on all claims payable in a lump sum. The current amount of interest is 6% unless the state law where the beneficiary resides mandates a higher interest rate. Where not prohibited by law UNUM may modify or terminate the interest rate. UNUM will notify the Policyholder of any modification or termination.

All other benefits will be paid to you.

## WHAT HAPPENS IF UNUM OVERPAYS YOUR CLAIM?

Unum has the right to recover any overpayments due to:

- fraud; and
- any error Unum makes in processing a claim.

You must reimburse us in full.

Unum will not recover more money than the amount we paid you.

Except in the case of fraud, Unum will take action only for the overpayments that occurred in the current plan year and the prior plan year. In the case of fraud, Unum will take action for the overpayments for all plan years.

## WHAT ARE YOUR ASSIGNABILITY RIGHTS FOR THE DEATH BENEFITS UNDER YOUR LIFE INSURANCE? (Assignability Rights)

The rights provided to you by the plan for life insurance are owned by you, unless:

- you have previously assigned these rights to someone else (known as an "assignee"); or
- you assign your rights under the plan(s) to an assignee.

We will recognize an assignee as the owner of the rights assigned only if:

- the assignment is in writing, signed by you, and acceptable to us in form; and
- a copy of the assignment form has been received and acknowledged by the Policyholder, and has been received and registered by us at our home office.

We will not be responsible for the legal, tax or other effects of any assignment, or for any action taken under the plan(s') provisions before receiving and registering an assignment.

## POLICYHOLDER PROVISIONS

### *WHAT IS THE COST OF THIS INSURANCE?*

The initial premium for each **plan** is based on the initial rate(s) shown below.

### LIFE INSURANCE

#### *INITIAL RATE*

Premium payments *are required* for an insured while he or she is disabled and are not approved for premium waiver under this plan.

**Basic Benefit:**

**All eligible state employees, All eligible retirees, All eligible deferred retirees**

Monthly Rate of:  $ 1.04 per $1,000 of life insurance benefit.

**All eligible retired municipal teachers (RMTs) of certain participating political subdivisions of the Commonwealth**

Monthly Rate of:  $ 2.75 per $1,000 of life insurance benefit.

**Optional Benefit(s):**

**For active employees**

**Monthly Rate per $1,000 of life insurance benefit per employee rate**

| Age on your last birthday | Non-tobacco use | Tobacco use |
|---|---|---|
| less than age 35 | $    .05 | $    .11 |
| 35-44 | .07 | .19 |
| 45-49 | .12 | .33 |
| 50-54 | .20 | .54 |
| 55-59 | .31 | .85 |
| 60-64 | .48 | 1.31 |
| 65-69 | 1.24 | 2.37 |
| 70 and over | 1.95 | 4.25 |

**For Retired Employees**

| Age on your last birthday | Monthly Rate per $1,000 of life insurance benefit per employee rate | |
|---|---|---|
| | Non-tobacco use | Tobacco use |
| less than age 70 | $  1.27 | $  1.72 |
| 70-74 | 3.53 | 4.62 |
| 75-79 | 8.84 | 11.58 |
| 80-84 | 16.71 | 21.88 |
| 85-89 | 26.47 | 34.67 |
| 90-94 | 40.24 | 49.73 |
| 95-99 | 87.91 | 108.64 |
| 100 and over | 168.59 | 208.34 |

## PREMIUM WAIVER

Unum does not require premium payments for an insured employee's life coverage if he or she is under age 60, **disabled** and on approved premium waiver. Proof of disability, provided at the insured employee's expense, must be filed by the insured employee and approved.

## RATE GUARANTEE AND RATE CHANGES

A change in premium rate will not take effect before July 1, 2006. However, Unum may change premium rates at any time for reasons which materially affects the risk assumed, including those reasons shown below:

- a change occurs in this plan design;
- a new law or a change in any existing law, including Chapter 32A of the Massachusetts General Laws; or
- a change occurs to the Rules and Regulations of the Policyholder.

Unum will notify the Policyholder in writing at least 31 days before a premium rate is changed. A change may take effect on an earlier date when both Unum and the Policyholder agree.

## WHEN IS PREMIUM DUE FOR THIS POLICY?

Premium Due Dates:        July 1, 2001 and the first day of each calendar month thereafter.

The **Policyholder** shall remit 100% of the estimated premium on the premium due date and the remainder as soon thereafter as possible. The premium must be paid in United States dollars.

# GENERAL PROVISIONS

### WHAT IS THE CERTIFICATE OF COVERAGE?

This certificate of coverage is a written statement prepared by Unum delivered to the Policyholder, delivered to each insured employee and retiree which may include attachments. It tells you:

- the coverage for which you may be entitled;
- to whom Unum will make a payment; and
- the limitations, exclusions and requirements that apply within a plan.

### WHEN ARE YOU ELIGIBLE FOR COVERAGE?

If you are working for your Employer in an eligible group, the date you are eligible for coverage is the later of:

- the plan effective date; or
- the day after you complete your **waiting period**; or
- the date determined by the Policyholder.

### WHEN DOES YOUR COVERAGE BEGIN? (Newly Eligible Employee)

**For Active Employees**
You and your Employer share the cost of your coverage under the basic benefit. You will be covered under the basic benefit at 12:01 a.m. on the later of:

- the date you are eligible for coverage, if you apply for insurance on or before that date;
- the date you apply for insurance, if you apply within 31 days after your eligibility date.

You pay 100% of the cost yourself for any optional coverage. You will be covered at 12:01 a.m. on the latest of:

- the date you are eligible for coverage, if you apply for insurance on or before that date;
- the date you apply for insurance, if you apply within 31 days after your eligibility date;
- the first day of the second month following the month in which the optional coverage was authorized;
- the first day of the earliest subsequent month in which the optional coverage was authorized if, as determined by the Policyholder, the effective date of the authorization prevents timely withholdings of the increased premium from payrolls; or
- the date determined by the Policyholder once Unum approves your Evidence of Insurability form, if evidence of insurability is required.

Evidence of insurability is required if you apply for any amount of life insurance over the amount shown in the LIFE INSURANCE "**BENEFITS AT A GLANCE**" page.

### WHEN CAN YOU APPLY FOR BASIC AND OPTIONAL BENEFITS IF YOU APPLY MORE THAN 31 DAYS AFTER YOUR ELIGIBILITY DATE? (Late Entrants)

**For Active Employees**
You can apply for the basic benefit at anytime during the plan year. Evidence of insurability is not required for the basic benefit.

You can apply for optional benefits one year from the date you were first eligible. Evidence of insurability is required for any amount of insurance.

Coverage will begin at 12:01 a.m. on the later of:

- the first day of the second month following the month in which the coverage was authorized;
- the first day of the earliest subsequent month in which the coverage was authorized if, as determined by the Policyholder, the effective date of the authorization prevents timely withholdings of the premium from payrolls; or
- the date determined by the Policyholder once Unum approves your Evidence of Insurability form, if evidence of insurability is required.

An Evidence of Insurability Form can be obtained from your Employer.

### WHEN CAN YOU CHANGE YOUR OPTIONAL BENEFITS?

**For Active Employees already enrolled in Optional Coverage**
You can apply for optional benefits one year from the date of the last requested change in coverage. Evidence of insurability is required for any amount of insurance.

You can decrease your coverage any number of levels.

If you are not approved for the increase in your coverage, you will automatically remain at the same level you had prior to applying for the increase.

Any change in coverage will begin at 12:01 a.m. on the later of:

- the first day of the second month following the month in which the optional coverage was authorized;
- the first day of the earliest subsequent month in which the optional coverage was authorized if, as determined by the Policyholder, the effective date of the authorization prevents timely withholdings of the increased premium from payrolls; or
- the date determined by the Policyholder once Unum approves your Evidence of Insurability form, if evidence of insurability is required.

An Evidence of Insurability Form can be obtained from your Employer.

### WHEN CAN YOU CHANGE YOUR COVERAGE?

**For Retirees**
If you terminated your basic benefit, you can apply for the basic benefit at anytime during the plan year. Evidence of insurability is not required for the basic benefit.

If you terminated or reduced your optional benefits, you can apply for additional optional benefits one year from the date of the last requested change in coverage. The maximum amount of optional coverage available will be the amount you had under the plan when you terminated or reduced coverage.  Evidence of insurability is required for any amount of insurance.

You can decrease your coverage any number of levels.

If you are not approved for the increase in your coverage, you will automatically remain at the same level you had prior to applying for the increase.

A change in coverage that is made will begin at 12:01 a.m. on the later of:

- the first day of the second month following the month in which the coverage was authorized;
- the first day of the earliest subsequent month in which the coverage was authorized if, as determined by the Policyholder, the effective date of the authorization prevents timely withholdings of the increased premium from payrolls; or
- the date determined by the Policyholder once Unum approves your Evidence of Insurability form, if evidence of insurability is required.

An Evidence of Insurability Form can be obtained from your Employer.

## WHEN CAN YOU CHANGE YOUR COVERAGE?

### For Retired Municipal Teachers
If you terminated your basic benefit, you can apply for the basic benefit at anytime during the plan year.  Evidence of insurability is not required for the basic benefit.

A change in coverage that is made will begin at 12:01 a.m. on the later of:

- the first day of the second month following the month in which the coverage was authorized; or
- the first day of the earliest subsequent month in which the coverage was authorized if, as determined by the Policyholder, the effective date of the authorization prevents timely withholdings of the increased premium from payrolls.

## ONCE YOUR COVERAGE BEGINS, WHAT HAPPENS IF YOU ARE NOT WORKING DUE TO INJURY OR SICKNESS?

If you are not working due to injury or sickness, and if premium is paid, you may continue to be covered.

## ONCE YOUR COVERAGE BEGINS, WHAT HAPPENS IF YOU ARE TEMPORARILY NOT WORKING?

If you are on a **leave of absence**, and if premium is paid, eligibility will be determined by the Policyholder.

However, no benefit will be payable if death is due to war, declared or undeclared or any act of war while you are on a military leave of absence.

## WHEN WILL CHANGES TO YOUR COVERAGE TAKE EFFECT?

Once your coverage begins, any increased or additional coverage due to a change in your annual earnings will take effect:

- on the first day of the second month following the month in which the increase was authorized; or
- the first day of the earliest subsequent month in which the increased or additional coverage was authorized if, as determined by the Policyholder, the effective date of the authorization prevents timely withholdings of the increased premium from payrolls.

You may request that your coverage not to be increased only if you elect amounts in $1,000 benefit units to a maximum of 1 x annual earnings rounded to the next lower multiple of $1,000, if not already a multiple thereof, minus $1,000.

No decrease in the amount of your coverage shall be required due to a decrease in your annual earnings. However, you may request the Policyholder to decrease the amount of your coverage.

Any decrease will take effect on the first day of the second month following the date of your request.

## WHEN DOES YOUR COVERAGE END?

Your coverage under the Policy or a plan ends on the earliest of:

- the date the Policy or a plan is cancelled;
- the date you no longer are in an eligible group;
- the date your eligible group is no longer covered;
- the last day of the period for which you made any required contributions;
- the last day you are in active employment unless continued due to retirement; due to a covered leave of absence or due to an injury or sickness, as described in this certificate of coverage; or
- the effective date of a notice of withdrawal from you.

Unum will provide coverage for a payable claim which occurs while you are covered under the Policy or plan.

## WHAT ARE THE TIME LIMITS FOR LEGAL PROCEEDINGS?

You or your authorized representative can start legal action regarding a claim 60 days after proof of claim has been given and up to 3 years from the time proof of claim is required, unless otherwise provided under federal law.

## HOW CAN STATEMENTS MADE IN YOUR APPLICATION FOR THIS COVERAGE BE USED?

Unum considers any statements you or the Policyholder make in a signed application for coverage or an Evidence of Insurability Form a representation and not a warranty. If any of the statements you or the Policyholder make are not complete and/or not true at the time they are made, we can:

- reduce or deny any claim; or

- cancel your coverage from the original effective date.

We will use only statements made in a signed application or an Evidence of Insurability Form as a basis for doing this.

Unum can take action only in the first 2 years coverage is in force.

If the Policyholder gives us information about you that is incorrect, we will:

- use the facts to decide whether you have coverage under the plan and in what amounts; and
- make a fair adjustment of the premium.

## HOW WILL UNUM HANDLE INSURANCE FRAUD?

Unum wants to ensure you and the Policyholder do not incur additional insurance costs as a result of the undermining effects of insurance fraud. Unum promises to focus on all means necessary to support fraud detection, investigation, and prosecution.

It is a crime if you knowingly, and with intent to injure, defraud or deceive Unum, or provide any information, including filing a claim, that contains any false, incomplete or misleading information. These actions, as well as submission of materially false information, will result in denial of your claim, and are subject to prosecution and punishment to the full extent under state and/or federal law. Unum will pursue all appropriate legal remedies in the event of insurance fraud.

## DOES THE POLICY REPLACE OR AFFECT ANY WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE?

The policy does not replace or affect the requirements for coverage by any workers' compensation or state disability insurance.

## DOES YOUR EMPLOYER ACT AS YOUR AGENT OR UNUM'S AGENT?

For purposes of the policy, the Policyholder acts on its own behalf or as your agent. Under no circumstances will the Policyholder be deemed the agent of Unum.

# LIFE INSURANCE

## BENEFIT INFORMATION

### WHEN WILL YOUR BENEFICIARY RECEIVE PAYMENT?

Your beneficiary(ies) will receive payment when Unum approves your death claim. When making a benefit determination under the policy, Unum has discretionary authority to determine your eligibility for benefits and to interpret the terms and provisions of the policy.

### WHAT DOCUMENTS ARE REQUIRED FOR PROOF OF DEATH?

Unum will require a certified copy of the death certificate.

### HOW MUCH WILL UNUM PAY YOUR BENEFICIARY IF UNUM APPROVES YOUR DEATH CLAIM?

Unum will determine the payment according to the amount of insurance shown in the LIFE INSURANCE **"BENEFITS AT A GLANCE"** page.

### WHAT ARE YOUR ANNUAL EARNINGS?

"Annual Earnings" means your annual income as defined by the Policyholder.

### WHAT HAPPENS TO YOUR LIFE INSURANCE COVERAGE IF YOU BECOME DISABLED?

Active employees, retirees and deferred retirees life insurance coverage may be continued and your life insurance premium will be waived if you qualify as described below.

### WHEN WILL YOUR LIFE INSURANCE PREMIUM WAIVER BEGIN?

**Active Employees/Retirees/Deferred Retirees**
Your life insurance premium waiver will begin when the Policyholder notifies you that we approve your claim, if you meet the following conditions. The Policyholder may continue premium payments until Unum notifies the Policyholder of the date your life insurance premium waiver begins.

Your life insurance premium will be waived if you meet these conditions:

- you are less than 60 and insured under the plan.
- you become disabled.
- you file for premium waiver within 2 years of the onset of disability; or
- your claim is approved by Unum.

After we approve your claim, Unum does not require further premium payments for you while you remain disabled according to the terms and provisions of the plan.

Your life insurance amount will not increase while your life insurance premiums are being waived. Your life insurance amount will reduce or cease at any time it would reduce or cease if you had not been disabled.

LIFE-BEN-1   (7/1/2001)

## WHEN WILL YOUR LIFE INSURANCE PREMIUM WAIVER END?

The life insurance premium waiver will automatically end if:

- you recover and you no longer are disabled;
- you fail to give us proper proof that you remain disabled;
- you refuse to have an examination by a physician chosen by Unum.

## HOW DOES UNUM DEFINE DISABILITY?

You are disabled when Unum determines that due to an injury or sickness, you are unable to perform the duties of any **gainful occupation** for which you are reasonably fitted by training, education or experience.

Without regard to other causes, disability will be acknowledged and recognized to exist if the employee or retiree has suffered:

- the entire and irrecoverable loss of sight of both eyes;
- loss by severance of both hands through or above the wrists;
- loss by severance of both feet through or above the ankles;
- loss of one hand through and above the wrist and one foot through and above the ankle.

The loss of a professional or occupational license or certification does not, in itself, constitute disability.

We may require you to be examined by a physician, other medical practitioner or vocational expert of our choice. Unum will pay for this examination. We can require an examination as often as it is reasonable to do so. We may also require you to be interviewed by an authorized Unum Representative.

## APPLYING FOR LIFE INSURANCE PREMIUM WAIVER

Ask the Policyholder for a life insurance premium waiver claim form.

The form has instructions on how to complete and where to send the claim.

## WHAT INSURANCE IS AVAILABLE WHEN COVERAGE ENDS? (Conversion Privilege)

When coverage ends under the plan, you can convert your coverages to individual life policies, without evidence of insurability. The maximum amounts that you can convert are the amounts you are insured for under the plan. You may convert a lower amount of life insurance.

You must apply for individual life insurance under this life conversion privilege and pay the first premium within 31 days after the date:

- your employment terminates; or
- you no longer are eligible to participate in the coverage of the plan.

Converted insurance may be of any type of the level premium whole life plans then in use by Unum. The person may elect one year of Preliminary Term insurance

under the level premium whole life policy. The individual policy will not contain disability or other extra benefits.

### CONVERSION NOTICE

You must be notified of your life conversion privileges within 15 days from the date your life insurance terminates.

If you are not notified within those 15 days, but are notified within 90 days from the date your life insurance terminates, the time allowed for you to exercise your life conversion privilege will be extended 15 days from the date you are notified.

If you are not notified within those 90 days, the time allowed for you to exercise your life conversion privilege will expire at the end of those 90 days.

### WHAT LIMITED CONVERSION IS AVAILABLE IF THE POLICY OR THE PLAN IS CANCELLED? (Conversion Privilege)

You may convert a limited amount of life insurance if you have been insured under your Employer's group plan with Unum for at least five (5) years and the Policy or the plan:

- is cancelled with Unum; or
- changes so that you no longer are eligible.

The individual life policy maximum for each of you will be the lesser of:

- $2,000; or
- your coverage amounts under the plan less any amounts that become available under any other group life plan offered by your Employer within 31 days after the date the Policy or the plan is cancelled.

### PREMIUMS

Premiums for the converted insurance will be based on:

- the person's then attained age on the effective date of the individual life policy;
- the type and amount of insurance to be converted;
- Unum's customary rates in use at that time; and
- the class of risk to which the person belongs.

If the premium payment has been made, the individual life policy will be effective at the end of the conversion application period.

### DEATH DURING THE CONVERSION APPLICATION PERIOD

If you die within the 31 day conversion application period, Unum will pay the beneficiary(ies) the maximum amount of insurance that could have been converted. This coverage is available whether or not you have applied for an individual life policy under the conversion privilege.

## APPLYING FOR CONVERSION

Unum will provide you a conversion application form which includes cost information. The Policyholder will not be required to complete the Employer section of the conversion application.  The Policyholder will provide information to Unum to populate the necessary information on the conversion form.

When you complete the application, send it with the first premium amount to:

Unum - Conversion Unit
2211 Congress Street
Portland, Maine 04122-1350

## WILL UNUM ACCELERATE YOUR DEATH BENEFIT FOR THE PLAN IF YOU BECOME TERMINALLY ILL? (Accelerated Benefit)

If you become terminally ill while you are insured by the plan, Unum will pay you a percentage of your life insurance benefit one time. You may choose between 25% and 75% of your life insurance amount.

Your right to exercise this option and to receive payment is subject to the following:

- you request this election, in writing, to the Policyholder on a form acceptable to Unum;
- you must be terminally ill at the time of payment of the Accelerated Benefit;
- your physician must certify, in writing, that you are terminally ill and your life expectancy has been reduced to 24 months or less; and
- the physician's certification must be deemed satisfactory to Unum.

Premium payments must continue to be paid on the full amount of life insurance unless you qualify to have your life premium waived.

If you have assigned your rights under the plan to an assignee or made an irrevocable beneficiary designation, Unum must receive consent, in writing, that the assignee or irrevocable beneficiary has agreed to the Accelerated Benefit payment on your behalf in a form acceptable to Unum before benefits are payable.

An election to receive an Accelerated Benefit will have the following effect on other benefits:

- the death benefit payable will be reduced by any amount of Accelerated Benefit that has been paid; and
- any amount of life insurance that would be continued under a disability continuation provision or that may be available under the conversion privilege will be reduced by the amount of the Accelerated Benefit paid.  The remaining life insurance amount will be paid according to the terms of the Policy subject to any reduction and termination provisions.

When an accelerated benefit payment is made, your life insurance will be reduced by that amount.  You will receive a statement showing the remaining amount of life insurance along with the accelerated benefit payment.

Benefits paid may be taxable.  Unum is not responsible for any tax or other effects of any benefit paid.  As with all tax matters, you should consult your personal tax advisor to assess the impact of this benefit.

# LIFE INSURANCE

## OTHER BENEFIT FEATURES

### *WHAT COVERAGE IS AVAILABLE IF YOU END EMPLOYMENT OR YOU WORK REDUCED HOURS?  (Portability)*

If your employment ends with your Employer or you are working less than the minimum number of hours as described under Eligible Groups in this plan, you may elect portable coverage for yourself.

### *PORTABLE INSURANCE COVERAGE AND AMOUNTS AVAILABLE*

The portable insurance coverage will be the current coverage and amounts that you are insured for under your Employer's group plan.

However, the amount of portable coverage for you will not be more than:

- the highest amount of life insurance available for employees under the plan; or
- 5x your annual earnings; or
- $750,000 from all Unum group plans combined,

whichever is less.

The minimum amount of coverage that can be ported is $5,000 for you.  If the current amounts under the plan are less than $5,000 for you, you may port the lesser amounts.

Your amount of life insurance will reduce or cease at any time it would reduce or cease for your eligible group if you had continued in active employment with your Employer.

### *APPLYING FOR PORTABLE COVERAGE*

You must apply for portable coverage for yourself and pay the first premium within 31 days from the date you are notified by Unum, after:

- your coverage ends from your Employer; or
- you begin working less than the minimum number of hours as described under Eligible Groups in this plan.

You are not eligible to apply for portable coverage beyond 90 days from the date:

- your coverage ends with your Employer; or
- you begin working less than the minimum number of hours as described under Eligible Groups in this plan.

You are not eligible to apply for portable coverage for yourself if:

- you have an **injury** or **sickness**, under the terms of this plan, which has a material effect on life expectancy; or
- you failed to pay the required premium under the terms of this plan.

If we determine that because of an injury or sickness, which has a material effect on life expectancy, you were not eligible for portability at the time you elected portable coverage, the benefit will be adjusted to the amount of whole life coverage the premium would have purchased under the Conversion Privilege.

## APPLYING FOR INCREASES OR DECREASES IN PORTABLE COVERAGE

You may increase or decrease the amount of life insurance coverage. The minimum and maximum benefit amounts are shown above. However, the amount of life insurance coverage cannot be decreased below $5,000 for you. All increases are subject to evidence of insurability.

## WHEN PORTABLE COVERAGE ENDS

Portable coverage for you will end on the date you fail to pay any required premium.

If portable coverage ends due to failure to pay required premium, portable coverage cannot be reinstated.

## PREMIUM RATE CHANGES FOR PORTABLE COVERAGE

Unum may change premium rates for portable coverage at any time for reasons which affect the risk assumed, including those reasons shown below:

- changes occur in the coverage levels;
- changes occur in the overall use of benefits by all insureds;
- changes occur in other risk factors; or
- a new law or a change in any existing law is enacted which applies to portable coverage.

The change in premium rates will be made on a class basis according to Unum's underwriting risk studies. Unum will notify the insured in writing at least 31 days before a premium rate is changed.

## WHAT IF PORTABLE COVERAGE ENDS OR IS NOT AVAILABLE?

You may qualify for conversion coverage. Refer to Conversion Privilege under this plan.

# GLOSSARY

**ANNUAL EARNINGS** means your annual income received from your Employer as defined in the plan.

**DEFERRED RETIREE** means an employee insured under this policy who terminates his service with the Commonwealth and who has a right to retire but whose retirement is deferred as required by the applicable provision of law of the Commonwealth of Massachusetts, and who, for the purposes of insurance, has thus been granted a leave of absence without pay.

**EMPLOYEE** has the meaning as set forth in Chapter 32A, Massachusetts General Laws, and the Rules and Regulations established by the Policyholder relating to said Chapter.

**EMPLOYER** The Commonwealth of Massachusetts and certain Political Subdivisions thereof.

**EVIDENCE OF INSURABILITY** means a statement of your medical history which Unum will use to determine if you are approved for coverage. Evidence of insurability will be at Unum's expense.

**GAINFUL OCCUPATION** means an occupation that within 12 months of your return to work is or can be expected to provide you with an income that is at least equal to 60% of your annual earnings in effect just prior to the date your disability began.

**GRACE PERIOD** means the period of time following the premium due date during which premium payment may be made.

**HOSPITAL OR INSTITUTION** means an accredited facility licensed to provide care and treatment for the condition causing your disability.

**INJURY** means:

- **for purposes of Portability**, a bodily injury that is the direct result of an accident and not related to any other cause.
- **for all other purposes**, a bodily injury that is the direct result of an accident and not related to any other cause. Disability must begin while you are covered under the plan.

**INSURED** means any person covered under a plan.

**LEAVE OF ABSENCE** means you are temporarily absent from active employment for a period of time that has been agreed to in advance in writing by your Employer.

Your normal vacation time or any period of disability is not considered a temporary layoff or leave of absence.

**LIFE INSURANCE BENEFIT** means the total benefit amount for which an individual is insured under this plan subject to the maximum benefit.

**PAYABLE CLAIM** means a claim for which Unum is liable under the terms of the policy.

**PHYSICIAN** means:

- a person performing tasks that are within the limits of his or her medical license; and
- a person who is licensed to practice medicine and prescribe and administer drugs or to perform surgery; or
- a person with a doctoral degree in Psychology (Ph.D. or Psy.D.) whose primary practice is treating patients; or
- a person who is a legally qualified medical practitioner according to the laws and regulations of the governing jurisdiction.

Unum will not recognize you, or your spouse, children, parents or siblings as a physician for a claim that you send to us.

**PLAN** means a line of coverage under the policy.

**POLICYHOLDER** means the Commonwealth of Massachusetts Group Insurance Commission.

**REGULAR CARE** means:

- you personally visit a physician as frequently as is medically required, according to generally accepted medical standards, to effectively manage and treat your disabling condition(s); and
- you are receiving appropriate treatment and care which conforms with generally accepted medical standards, for your disabling condition(s) by a physician whose specialty or experience is the most appropriate for your disabling condition(s), according to generally accepted medical standards.

**RETAINED ASSET ACCOUNT** is an interest bearing account established through an intermediary bank in the name of you or your beneficiary, as owner.

**RETIREE** has the meaning as set forth in Chapter 32A, Massachusetts General Laws, and the Rules and Regulations established by the Policyholder relating to said Chapter.

**RETIRED MUNICIPAL TEACHER** means a teacher retired from the service of certain political subdivisions of the Commonwealth, whose services are terminated, and who is eligible and actually is receiving a pension, annuity or retired allowance from the State Teachers Retirement System under any applicable law, provided that said employee terminated his services on or after the implementation by the political subdivision of Section 10 of the Massachusetts General Laws, Chapter 32B.

Each retiree, as defined above, of a political subdivision that has accepted Section 11E of the Massachusetts General Laws, Chapter 32B and has been further accepted by the Policyholder in accordance with Section 13 of the Massachusetts General Laws, Chapter 32A shall be eligible for the insurance coverage herein provided. A determination by the Policyholder that a person is eligible for participation in the plan of insurance shall be final and binding on all parties.

**SICKNESS** means:

- **for purposes of Portability**, an illness, disease or symptoms for which a person, in the exercise of ordinary prudence, would have consulted a health care provider.
- **for all other purposes**, an illness or disease. Disability must begin while you are covered under the plan.

**WAITING PERIOD** means the continuous period of time (shown in each plan) that you must be in active employment in an eligible group before you are eligible for coverage under a plan.

**WE,  US** and **OUR** means Unum Life Insurance Company of America.

**YOU** means an employee/retiree who is eligible for Unum coverage.