

## DESIGNATION OF BENEFICIARY

EMPLOYEE INSURANCE RECORD

I REVOKE ALL PREVIOUS BENEFICIARY NOMINATIONS, IF ANY, TOGETHER WITH ANY SETTLEMENT ELECTIONS AND MAKE THE FOLLOWING NOMINATION OF BENEFICIARY WITH RESPECT TO ALL INSURANCE PROVIDED NOW OR AT ANY TIME IN THE FUTURE UNDER THE ABOVE GROUP INSURANCE POLICY OR POLICIES, STILL RESERVING TO MYSELF THE PRIVILEGE OF MAKING OTHER AND DIFFERENT NOMINATIONS, SUBJECT TO THE POLICY PROVISIONS.

IF MORE THAN ONE BENEFICIARY IS DESIGNATED, SETTLEMENT WILL BE MADE IN EQUAL SHARES TO SUCH OF THE DESIGNATED BENEFICIARY (OR BENEFICIARIES) AS SURVIVE ME, UNLESS OTHERWISE PROVIDED HEREIN. IF NO DESIGNATED BENEFICIARY SURVIVES ME, SETTLEMENT WILL BE MADE AS PROVIDED IN THE POLICY (IES).

COMPLETE ALL ITEMS ON BOTH SIDES OF THIS CARD

DO NOT BEND

BENEFICIARY: Mr. Walter F. Rogers Sr.   RELATIONSHIP: Father

SIGNATURE OF INSURED: [signature]   DATE SIGNED: 9 Apr '63

---

### BENEFICIARY DESIGNATION (Please print)

NAME OF INSURED: ROGERS, Jr., WALTER F.   CERTIFICATE NUMBER: 3002234

GROUP INSURANCE COMMISSION
ONE ASHBURTON PLACE, BOSTON
See instructions on r

I hereby make the following designation of beneficiary with respect to all insurance provided now or any time in future under the group insurance policy or policies, still reserving to myself the privilege of making other and future changes, subject to the policy provisions. Where more than one beneficiary is designated, settlement will be made in equal shares to such of the designated beneficiary(ies) as survive me, unless otherwise provided by the percent shown hereon. If no designated beneficiary survives me, settlement will be made as provided in the policy (ies).

**BASIC LIFE INSURANCE**

| BENEFICIARY | RELATIONSHIP | % |
|---|---|---|
| 1. Myrtl. G. Blenkhorn | Sister | |
| ADDRESS 105 Main St., Hudson, Mass. | | |
| 2. | | |
| ADDRESS | | |
| 3. | | |
| ADDRESS | | |

**ADDITIONAL LIFE INSURANCE**

| BENEFICIARY | RELATIONSHIP |
|---|---|
| 1. Myrtle G. Blenkhorn | Sister |
| ADDRESS 105 Main St., Hudson, Mass. | |
| 2. | |
| ADDRESS | |
| 3. | |
| ADDRESS | |

SIGNATURE OF APPLICANT: [signature Walter F. Rogers Jr.]   DATE SIGNED: 7/20/71

OVER

0381   COMMISSION USE ONLY
AUDITED BY: WY   8.

---

### BENEFICIARY DESIGNATION (Please print)

NAME OF INSURED: ROGERS, JR., WALTER F.   CERTIFICATE NUMBER: 3002234

GROUP INSURANCE COMMISSION
ONE ASHBURTON PLACE, BOSTON
REPORTING LOC. NO. 038

I hereby make the following designation of beneficiary with respect to all insurance provided now or any time future under the group insurance policy or policies, still reserving to myself the privilege of making other and changes, subject to the policy provisions. Where more than one beneficiary is designated, settlement will be in equal shares to such of the designated beneficiary(ies) as survive me, unless otherwise provided by the per shown hereon. If no designated beneficiary survives me, settlement will be made as provided in the policy (ie

**BASIC LIFE INSURANCE**

| BENEFICIARY | RELATIONSHIP | % |
|---|---|---|
| 1. Blenkhorne, Myrtle | Sister | |
| ADDRESS 105 Main St. Hudson, Mass | | |
| 2. | | |
| ADDRESS | | |
| 3. | | |
| ADDRESS | | |

**ADDITIONAL LIFE INSURANCE**

| BENEFICIARY | RELATIONSHIP |
|---|---|
| 1. Blenkhorne, Myrtle | Sister |
| ADDRESS 105 Main St, Hudson, Mass | |
| 2. | |
| ADDRESS | |
| 3. | |
| ADDRESS | |

Witness: Carl J. Millikey

SIGNATURE OF APPLICANT: [signature]   DATE SIGNED: 7 March 1980

OVER

COMMISSION USE
AUDITED BY: J.L.   3/



## Commonwealth of Massachusetts
## Group Insurance Commission
### LIFE INSURANCE BENEFICIARY DESIGNATION FORM



**Insured GIC-ID:** 013-118-008  
**Agency/Division:** 999 / 394

**Insured Name:** First: WALTER    M.I.: F    Last: ROGERS

**Street Address:** 64 MARLBORO ROAD

**City:** BERLIN    **State:**    **Zip Code:**

---

*YOU MUST READ INSTRUCTIONS ON BACK BEFORE COMPLETING FORM - PRINT CLEARLY IN CAPITAL LETTERS*

### BENEFICIARY 1

**First Name:** FRANK    **M.I.:** L    **Last Name:** GLEASON    **Relationship:** Other, specify: friend

**Street Address** (Same as Insured ☒): 64 MARLBORO ROAD

**City:** BERLIN    **State:** MA    **Zip Code:** 01503    **Country:**    **% of Proceeds:** 100%

### BENEFICIARY 2

(blank)

### BENEFICIARY 3

(blank)

I hereby make the above designation of beneficiary revoking any and all previous beneficiary nominations and make the above nomination of beneficiary with respect to all insurance provided now or at any time in the future under the group insurance policy(ies). I still reserve the privilege of making other and future changes subject to the policy provisions.

If more than one beneficiary is designated, settlement will be made in equal shares to such of the designated beneficiary(ies) as survive me, unless otherwise provided herein. If no designated beneficiary(ies) survive me, settlement will be made as provided in the policy in the following order: to the spouse, then to the children, than to the parents, then to the siblings, then to the estate.

**Signature of Insured:** X Walter F. Rogers Jr.    **Date:** 1-27-0000

PLEASE MAKE A COPY OF THE COMPLETED FORM TO KEEP WITH YOUR IMPORTANT RECORDS AND PAPERS

**FOR OFFICE USE ONLY**

JUN 9 2000    JUN 14 2000    OCT - 8 20..

January 2000 Benefit Statement  
Beneficiary Change  
Please return to address shown on reverse side

FORM 319: 5/96

* DO NOT PUT A DOLLAR AMOUNT IN THE "% of Proceeds"



**Commonwealth of Massachusetts**
**Group Insurance Commission**
LIFE INSURANCE BENEFICIARY DESIGNATION FORM

Insured GIC-ID: 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 99/1394
Agency/Division:

Insured Name: First: WALTER   M.I.: F   Last: ROGERS, JR.
Street Address: 64 MARLBORO RD
City: BERLIN   State: MA   Zip Code: 01503

YOU MUST READ INSTRUCTIONS ON BACK BEFORE COMPLETING FORM - PRINT CLEARLY IN CAPITAL LETTERS

**BENEFICIARY 1**
First Name: MICHAEL   M.I.: A   Last Name: GLEASON
Street Address: 64 MARLBORO ROAD
City: BERLIN   State: MA   Zip Code: 01503
Relationship: Other, specify: CARETAKER
% of Proceeds: 100%

**BENEFICIARY 2** (blank)

**BENEFICIARY 3** (blank)

Signature of Insured: Walter F Rogers Jr.   Date: 6/27/01

PLEASE MAKE A COPY OF THE COMPLETED FORM TO KEEP WITH YOUR IMPORTANT RECORDS AND PAPERS

FOR OFFICE USE ONLY
JUL 19 2001    JUN 26 2001
FORM 319; 5/96
AC 8-3-01
OCT - 8 2003

DO NOT PUT A DOLLAR AMOUNT IN THE "% of Proceeds"



# The Commonwealth of Massachusetts
## STANDARD CERTIFICATE OF DEATH
### REGISTRY OF VITAL RECORDS AND STATISTICS

**Decedent - Name:** Walter Francis Rogers, Jr.
**Sex:** M
**Date of Death:** November 13, [2001]

**Place of Death (City/Town):** Marlborough
**County of Death:** Middlesex
**Hospital or Other Institution:** UMass Memorial - Marlborough

**Place of Death:** Hospital - Inpatient
**Social Security Number:** 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

**Was Decedent of Hispanic Origin:** No
**Race:** White
**Decedent's Education:** 6

**Age - Last Birthday:** 80
**Date of Birth:** Aug. 10, 1921
**Birthplace:** Berlin, Massachusetts

**Married, Never Married, Widowed or Divorced:** Never married
**Usual Occupation:** Maintenance worker
**Kind of Business:** Property ca[re]

**Residence - No. & St., City/Town, County, State/Country:** 64 Marlboro Rd., Berlin, Worcester, Massachusetts

**Father - Full Name:** Walter Francis Rogers
**State of Birth:** Mass.
**Mother - Name (Maiden):** Annie Bates Ferguson
**State of Birth:** Canad[a]

**Informant's Name:** Helen L. Roach
**Mailing Address:** 196 Gates Pond Rd., Berlin, MA 01503
**Relation:** Niece

**Method of Disposition:** Cremation
**Funeral Service Licensee:** Henry K. Carleton, Jr.
**License #:** 4717

**Place of Disposition:** Rural Crematory
**Location:** Worcester, Massachusetts

**Date of Disposition:** Nov. 16, 2001
**Name and Address of Facility:** Merrill-Carleton Funeral Home, 1 Pleasant St., Huds[on]

**Part I - Immediate Cause:** aspiration pneumonia

**Part II - Other significant conditions:** cerebral palsy

**Was Autopsy Performed:** No

**Med. Exam. Notified:** No
**Manner of Death:** Natural

**Certifying Physician Signature:** Steven E. Salomon, M.D.
**Date Signed:** November 13, 2001
**Hour of Death:** 8:45 A

**Name and Address of Certifying Physician:** Steven E. Salomon, 112 Main St, Northboro, MA
**License No.:** 371

**Was There a Pronouncement:** No

**Date Burial Permit Issued:** November 16, 2001
**Signature of Health Agent:** Linda [Fulwin]
**Received in the City/Town of:** Marlborough
**Clerk's Signature:** [signature]
**Date of Record:** Nov. 16

---

A TRUE COPY
Attest:

[signature]
City Clerk
Marlborough, Mass. 01752

OCT - 8

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Unum Life Insurance Company of America

### DEFENDANTS
Myrtle Blenkhorn and Michael Gleason, of Berlin, MA

(b) County of Residence of First Listed Plaintiff: **Cumberland**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: **Worcester**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Gavin G. McCarthy
Pierce Atwood, One Monument Square
Portland, ME 04101 (207-791-1100)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [X] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury—Med. Malpractice | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury—Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 640 R.R. & Truck | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| [ ] 151 Medicare Act | | [ ] 650 Airline Regs. | | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine / **PERSONAL PROPERTY** | [ ] 660 Occupational Safety/Health | [ ] 820 Copyrights | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud / [ ] 371 Truth in Lending | [ ] 690 Other | [ ] 830 Patent / [ ] 840 Trademark | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) / [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act / [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt.Reporting & Disclosure Act | [ ] 864 SSID Title XVI / [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act / [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence | [ ] 740 Railway Labor Act | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 220 Foreclosure | [ ] 442 Employment | | | |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations / Habeas Corpus: | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 530 General / [ ] 535 Death Penalty | | | |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights / [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | [ ] 550 Civil Rights / [ ] 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

29 U.S.C. Sec. 1001, et seq. (interpleader action)

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE                    DOCKET NUMBER

DATE: May 7, 2004

SIGNATURE OF ATTORNEY OF RECORD
Gavin G. McCarthy

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) Unum Life Insurance Company of America v. Myrtle Blenkhorn

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [x] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [x]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [x]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [ ]   Central Division [x]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Gavin G. McCarthy
ADDRESS   Pierce Atwood, One Monument Square, Portland, ME  04101
TELEPHONE NO.   207-791-1100

(Coversheetlocal.wpd - 10/17/02)