UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> MYRTLE BLENKHORN and MICHAEL GLEASON, <br><br> Defendants | ) ) ) ) ) ) ) ) Civil Action No. ) ) ) 04-40073 -NMG ) ) ) |

## CORPORATE DISCLOSURE STATEMENT
## OF PLAINTIFF UNUM LIFE INSURANCE COMPANY OF AMERICA

Plaintiff Unum Life Insurance Company of America has not issued shares to the public nor has its subsidiaries or affiliates. A parent company, UnumProvident Corporation, has issued shares to the public.

DATED: May 7, 2004

_____
Gavin G. McCarthy, BBO # 657522
PIERCE ATWOOD
One Monument Square
Portland, ME 04101
(207) 791-1100
gmccarthy@pierceatwood.com

*Attorneys for Plaintiff*
*Unum Life Insurance Company of America*

{W0237338.1}