UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MYRTLE BLENKHORN and MICHAEL GLEASON,<br><br>　　　　　　　　　　Defendants | CIVIL ACTION No. 04-40073-NMG |

**NOTICE OF DISMISSAL**

Now comes the Plaintiff, Unum Life Insurance Company of America, and hereby states, pursuant to Fed. R. Civ. P. 41, that the above-entitled action shall be dismissed without costs to any party.

Dated: June 23, 2004

　　　　　　　　　　　　　　　　　　　/s/ Gavin G. McCarthy
　　　　　　　　　　　　　　　　　　　Gavin G. McCarthy

　　　　　　　　　　　　　　　　　　　PIERCE ATWOOD
　　　　　　　　　　　　　　　　　　　One Monument Square
　　　　　　　　　　　　　　　　　　　Portland, ME  04101
　　　　　　　　　　　　　　　　　　　(207) 791-1100

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Unum Life*
　　　　　　　　　　　　　　　　　　　*Insurance Company of America*

{W0251271.1}